UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILETTE REESE,

    Plaintiff,

vs.        Case No.: 8:16-cv-116-xxx-MAP

BRISTOL-MYERS SQUIBB COMPANY,
OTSUKA PHARMACEUTICAL CO., LTD., and
OTSUKA AMERICA PHARMACEUTICAL, INC.,

    Defendants.
_____/

**DEFENDANT BRISTOL-MYERS SQUIBB COMPANY'S
UNOPPOSED MOTION FOR AN EXTENSION OF TIME
FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

    Defendant, Bristol-Myers Squibb Company ("BMS"), pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure, moves for an order granting an extension of time for all Defendants to respond to the Complaint (Doc. No. 1) until March 28, 2016. Plaintiff's counsel agrees to the relief sought herein.

**MEMORANDUM OF LAW IN SUPPORT OF MOTION**

    Defendants' response to the Complaint is due currently on March 10, 2016. The undersigned only recently appeared in this case for BMS on March 8, 2016 (Doc. No. 23). Given the nature of the response necessary, the need for Defendants to coordinate between counsel and with other cases, and the press of other matters, BMS requests a short period of additional time for Defendants to adequately review and respond to the allegations. This short extension will not delay the progress of this case, will not prejudice Plaintiff (to the contrary, Plaintiff consents to the motion), and will not affect any pending deadlines. The

parties will continue to abide by all other deadlines in this matter.  This is Defendants' second request for an extension in their time to respond to the Complaint.  (Docs. Nos. 17 and 18.)

WHEREFORE, for good cause, BMS respectfully requests that the Court grant an extension for Defendants to respond to the Complaint through March 28, 2016.

/s/ Edward W. Gerecke
Edward W. Gerecke
Florida Bar Number 328332
David J. Walz
Florida Bar Number 697237
CARLTON FIELDS JORDEN BURT, P.A.
Corporate Center Three at International Plaza
4221 W. Boy Scout Blvd., Suite 1000 (33607)
Post Office Box 3239
Tampa, Florida 33601
Telephone:  (813) 223-7000
Facsimile:  (813) 229-4133
Email:  egerecke@carltonfields.com
          dwalz@carltonfields.com

and

Roland M. Potts
Florida Bar No. 0087072
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, Florida 33131
Telephone: (305) 459-6573
Fax: (305) 459-6550
roland.potts@hoganlovells.com

*Attorneys for Defendant Bristol-Myers Squibb Company*

105148263.2

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the undersigned certifies that he conferred with Plaintiff's counsel, and Plaintiff's counsel consents to the extension requested in this Motion. Defense counsel further agrees not to oppose any request by Plaintiff's counsel for an additional thirty days to file its response, if any, to Defendants' responsive pleading.

/s/ Edward W. Gerecke
Attorney

## CERTIFICATE OF SERVICE

I CERTIFY that on the 9th day of March, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Lawrence A. Farese at lfarese@robinskaplan.com; Megan J. McKenzie at mmckenzie@robinskaplan.com; Munir R. Meghjee at mmeghjee@robinskaplan.com; Michael R. Whitt at mwhitt@robinskaplan.com; Gary L. Wilson at gwilson@robinskaplan.com; and Roland M. Potts at roland.potts@hoganlovells.com.

/s/ Edward W. Gerecke
Attorney

105148263.2